AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   24-MJ- 7157 |
| | ) | |
| Yashua D. Baker | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   07/26/24 - 09/27/24   in the county of   Champaign   in the
Central   District of   Illinois   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(o) | Transfer or Possession of a Machinegun |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

Redacted
_____
Complainant's signature

SA Brandon Kientzle
_____
Printed name and title

Sworn to me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1

Date: 09/27/2024

s/Eric I. Long
_____
Judge's signature

City and state:   Urbana, Illinois   Eric I. Long, U.S. Magistrate Judge
_____
Printed name and title

**AFFIDAVIT**

I, Brandon Kientzle, being first duly sworn on oath, depose and state as follows:

**INTRODUCTION**

1. Your Affiant has been employed as a Special Agent for the ATF since July of 2023. During this time, Your Affiant has been trained in the investigations of narcotics, firearms, and violent crimes. Prior to being a Special Agent with the ATF, Your Affiant was a police officer for the Peoria Police Department in Peoria Illinois since March of 2014. During my time as a police officer, I conducted hundreds of streel level investigations, which many involved drug and firearm violations.

2. While a Peoria police officer, your affiant was trained in the field of explosives. My training included but was not limited to the completion of the Basic Course at the FBI Hazardous Devices School, ATF Homemade Explosive course, and several other advanced explosive courses. During my career in law enforcement, I have acquired knowledge and information about bombing matters from training, informants, defendants, other law enforcement officers.

3. From my training and experience I have knowledge of explosive and Improvised Explosive Device (IED) related materials. These include (a) the explosive or incendiary material (b) the container, (c) the fusing system, (d) manufacturing tools and supplies, (e) instructional information, (f) purchase documentation, and (g) evidence of prior testing.

4. This affidavit is submitted in support of a criminal complaint alleging that **Yashua D. BAKER** committed an offense under 18 U.S.C. Section 922(o), unlawful

1

possession of a machine gun.

5.     Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not included each and every fact known to me in this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

6.     The statements contained within this Affidavit are based on: (a) my personal participation in this investigation; (b) information provided to me by other federal, state, and local law enforcement officers; (c) my training and experience and the training and experience of other law enforcement agents with whom I have spoken.

## **PROBABLE CAUSE**

7.     On August 5, 2024, ATF reviewed several documents relating to Yashua D. BAKER (M/W – DOB: 04/08/1980,) after being notified by the Department of Homeland Security Investigations (HSI) Special Agent (SA) Colter Freitag United States Customs and Border Protection (CBP) intercepted a package ("package one " hereinafter) on July 26, 2024, which contained three MCDs addressed to "Baker Baker" with an address of 1003 S Lynn Street, Urbana, Illinois. Package one contained two "Switches" and one "Drop in auto sear." Package one also contained a bicycle part, which was believed to help disguise the MCDs contained in package one. It should be noted that BAKER does not possess a Federal Firearms License (FFL) as he surrendered his license in March of 2022.

8.     1003 S Lynn Street, Urbana, Illinois is a business called "Baker's Bikes." This business is listed as a bicycle repairs shop. An Accurint records check shows an owner of

"Yashua BAKER" and "David K Baker." David K. Baker is the father of Yashua D. BAKER. David K. Baker has a registered address of 1001 S Lynn Street, which is directly next door to 1003 S Lynn Street. 1003 S Lynn and 1001 S Lynn has a shared driveway.

9. On August 28, 2024, ATF received an intercepted package ("package two" hereinafter) from HSI SA Freitag which contained a possible silencer. Package two was intercepted by CBP on August 8, 2024. Package two contained a black cylinder object which resembled a silencer. This object has not been analyzed by the ATF Lab for an official determination. Package two was addressed to "Baker" with an address of 1003 S Lynn, Urbana, Illinois.

10. On September 12, 2024, ATF took possession of two separate packages ("package three" and "package four" hereinafter) which were intercepted by CBP. Package three was seized on August 25, 2024. SA Freitag received possession of the package on September 5, 2024. Inside package three was four "Switches." These switches were black with "Glock" on the back plate of the MCD. The package was addressed to "Yasbua Baker" (note: Yasbua is misspelled as the correct spelling is Yashua) at 1003 S Lynn Street, Urbana, Illinois. The package was sent by a company called SpeedX. The tracking number on the package was "SPX0UD039701969282." ATF searched this tracking number, which showed a country of origin as China.

11. Package four was seized on September 4, 2024, by CBP. SA Freitag took possession of package four on September 9, 2024. Package four contained 12 suspected silencers. Package four was addressed to "Yashua Baker" at 1003 S Lynn Street, Urbana, Illinois. Package four had a return address of "9210 Charles Smith Ave, Rancho Cucamonga, CA. The shipping return address for package one was "9208 Charles Smith

3

Ave, Rancho Cucamonga, CA." This facility appears to be a shipping receiving facility for packages. Package four had a shipping company listed as "US STAR INC." This same shipping company has been listed on three other packages delivered to 1003 S Lynn Street, Urbana, Illinois within the past year.

12. On September 17, 2024, HSI SA Freitag notified SA Kientzle another package containing 12 suspected silencers was intercepted by CBP. This package, (herein after "package five") was intercepted on 08-23-2024. The package was addressed to "Yashua Baker Attn: Yashua Baker 1003 S Lynn St Urbana, IL 61801-5207."

    a. A firearm silencer and firearm muffler mean any device for silencing, muffling, or diminishing the report of a portable firearm, including any combination of parts, designed or redesigned, and intended for use in assembling or fabricating a firearm silencer or firearm muffler, and any part intended only for use in such assembly or fabrication.

### SEARCH WARRANTS FOR 1003 S Lynn and 1004 S Lynn, Urbana, Illinois

13. On September 25, 2024, Your Affiant applied for, and obtained, federal search warrants authorizing the search of residences located at (1) 1003 S Lynn Street, Urbana, Illinois, (CDIL Case number 24 MJ 7155 and (2) 1004 S Lynn Street, Urbana, Illinois, (CDIL Case number 24 MJ 7156).

14. On September 26, 2024, ATF Springfield along with HSI personnel executed two Federal search warrants at 1003 and 1004 S Lynn Street. During the search over 100 firearms, thousands of rounds of ammunition, and several firearms accessories were located. Five machineguns were located during the search of 1003 and 1004 S Lynn Street.

4

The machineguns were subjected to a field function test and functioned as fully automatic. The following five rifles field tested as machineguns:

    a.  CMMG Inc; Model MK-4; Multi caliber; SN: SCH005311

    b.  KE Arms LLC; Model KE-15; Multi caliber; SN: KF16308

    c.  Good Time Outdoors Inc; Model CXV: Unknown Caliber; Unknown SN

    d.  FightLite; Model Unknown; Uknown Caliber; Unknown SN

    e.  AM Products; Model: FMP 9; Multi caliber; SN: 9-27971

15.    During the search of the garage behind 1004 S Lynn Street, at least four improvised explosive devices were located in the garage. These devices were made of small black tiki torch containers and had a red fuse coming from the top of the container. From my training and experience I recognized these devices as improvised explosive devices. The University of Illinois Bomb Squad was notified and collected all the explosive devices. The University of Illinois Bomb Squad X-rayed the devices. The X-rays showed the devices were filled with some type of suspected explosive powder.

16.    Yashua D. BAKER was taken to the Champaign Police Department and interviewed. Yashua D. BAKER was advised of his Miranda Rights. Your Affiant asked Yashua D. BAKER about the improvised explosive devices. Yashua D. BAKER said he made the devices out of tiki torch containers and filled them with black powder he used for reloading ammunition. Yashua D. BAKER said he also made homemade smoke bombs out of sugar, baking soda, and rocket powder. Approximately 20 of these devises were located inside the garage. Yashua D. BAKER said he made the explosive devices for the Fourth of July holiday and makes the devices as a hobby. Yashua D. BAKER said he was going to take the devices made from the tiki torches to Indiana and light them off in

a field. Yashua D. BAKER said he had approximately 30 more pounds of explosive powder inside of his garage on a shelf.

17. Yashua D. BAKER advised he frequents guns shows in Indiana where he buys and sells firearms. Your Affiant asked Yashua D. BAKER how many machineguns he has at his residence. Yashua D. BAKER said he purchased two rifles from a gun show in Indiana. Yashua D. BAKER said the two rifles are fully automatic and he knows this because the rifles have certain mechanisms inside of them to make them fully automatic.

18. Your Affiant asked Yashua D. BAKER about the packages which were intercepted by CBP. Your Affiant showed Yashua D. BAKER photographs of packages 1 and 3. Yashua D. BAKER admitted to ordering the packages. Yashua D. BAKER said he ordered the "Switches" out of curiosity. Yashua D. BAKER made several statements during the interview which demonstrated he has extensive knowledge about how machineguns function.

19. Based on the foregoing information, I respectfully submit there is probable cause to believe that YASHUA D. BAKER has committed the offense of possession of a machine gun in violation of Title 18 United States Code, Section 922(o). This violation occurred in Champaign County, Illinois, within the Central District of Illinois.

Further affiant sayeth not.

Redacted

Brandon A Kientzle
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn and subscribed to me by telephone pursuant to Fed. R. Crim. P. 41(d)(3) and Rule 4.1 this 27th day of September, 2024.

s/Eric I. Long

Honorable Eric I. Long,
United States Magistrate Judge